[No. 27430-9-I.   Division One.   May 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. McCLYDE CLIFTON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-02573-6, Robert E. Dixon, J., entered November 2, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Scholfield and Forrest, JJ.

[No. 26151-7-I.   Division One.   May 11, 1992.]

*In the Matter of the Marriage of* MARY AGNUS McKILLOP, *Respondent, and* PAUL JOSEPH McKILLOP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-3-02599-5, Arthur E. Piehler, J., entered April 17, 1990. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman and Agid, JJ.

[No. 28271-9-I.   Division One.   May 11, 1992.]

DUWAMISH YACHT CLUB, *Appellant*, v. KING COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-21979-4, Edward Heavey, J., entered March 27, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Agid, J.